# United States Court of Appeals
## For the Eighth Circuit

_____

No. 12-2112

_____

Jamal Gross

*Plaintiff - Appellant*

v.

Warden NFN Rios; Dr. Amy Bonchner; Michael Isaacson; Pam Agrimson

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of Minnesota - Minneapolis

_____

Submitted: October 25, 2012
Filed: November 5, 2012
[Unpublished]

_____

Before MURPHY, ARNOLD, and SMITH, Circuit Judges.

_____

PER CURIAM.

Former federal inmate Jamal Gross appeals the district court's[1] preservice dismissal of his complaint for failure to state a claim. Having carefully reviewed the record, we conclude that dismissal was proper for the reasons the district court stated. See Ellis v. Norris, 179 F.3d 1078, 1079 (8th Cir. 1999) (complaint must allege facts supporting any individual defendant's personal involvement or responsibility for constitutional violations). Accordingly, we affirm. See 8th Cir. R. 47B.

———————————————

[1]The Honorable Michael J. Davis, Chief Judge, United States District Court for the District of Minnesota, adopting the report and recommendations of the Honorable Steven E. Rau, United States Magistrate Judge for the District of Minnesota.